O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MICAH FENTON FACEY,                    ) Case No. CV 12-05920-PA (SP)
                                       )
                 Petitioner,           )
                                       ) **ORDER ACCEPTING FINDINGS AND**
         v.                            ) **RECOMMENDATION OF UNITED**
                                       ) **STATES MAGISTRATE JUDGE**
UNITED STATES OF                       )
AMERICA, et al.,                       )
                                       )
                 Respondent.           )
                                       )

_____

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that respondents' Motion to Dismiss is granted, and Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:   December 19, 2012

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE