O

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH FENTON FACEY, | Case No. CV 12-05920-PA (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 19, 2012

_____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE