O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH FENTON FACEY,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>UNITED STATES OF<br>AMERICA, et al.,<br><br>　　　　　Respondent. | Case No. CV 12-05920-PA (SP)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: December 19, 2012

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE